Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  19−28877−VFP
                     Chapter:  13
                     Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christine Fragala
   157 Prospect Ave
   Westwood, NJ 07675−2113

Social Security No.:
   xxx−xx−4294

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/24/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 24, 2020
JAN: jf

                                                                                            Jeanne Naughton
                                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Christine Fragala  
    Debtor

Case No. 19-28877-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 2                  Date Rcvd: Jan 24, 2020
                              Form ID: 148              Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2020.
```
db             Christine Fragala,    157 Prospect Ave,    Westwood, NJ 07675-2113
cr            +HOME POINT FINANCIAL,    PHELAN HALLINAN DIAMOND & JONES, PC,    1617 JFK Boulevard,    Suite 1400,
                Philadelphia, PA 19103-1814
cr            +Home Point Financial Corporation,    D. Anthony Sottile,
                Authorized Agent for Home Point Financia,    394 Wards Corner Road,    Ste. 180,
                Loveland, OH 45140-8362
518495695     +AR Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
518495696      Cmre. 877-572-7555,    3075 E Imperial Hwy,    Brea, CA 92821-6733
518506425     +Home Point Financial Corporation,    c/o D. Anthony Sottile, Authorized Agent,
                394 Wards Corner Road, Suite 180,    Loveland, OH 45140-8362
518581868     +Home Point Financial Corporation,    11511 Luna Road, Suite 300,    Farmers Branch, TX 75234-6451
518495699     +Home Point Financial Corporation,    Attn: Correspondence Dept,    11511 Luna Rd Ste 200,
                Farmers Branch, TX 75234-6451
518495700      Radius Global Solution,    7831 Glenroy Rd Ste 250,    Edina, MN 55439-3117
518495701      Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
518495703      Toyota Motor Credit,    111 W 22nd St,    Hinsdale, IL 60521
518513958     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2020 00:53:15     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2020 00:53:12     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518606636      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 25 2020 00:56:10
                Ashley Funding Services, LLC,    Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
518495697      E-mail/PDF: creditonebknotifications@resurgent.com Jan 25 2020 00:56:04     Credit One Bank,
                ATTN: Bankruptcy Department,    PO Box 98873,   Las Vegas, NV 89193-8873
518495698      E-mail/PDF: creditonebknotifications@resurgent.com Jan 25 2020 00:56:04     Creditonebnk,
                PO Box 98872,   Las Vegas, NV 89193-8872
518495702      EDI: TFSR.COM Jan 25 2020 05:18:00      Toyota Financial Services,   Attn: Bankruptcy Dept,
                PO Box 8026,   Cedar Rapids, IA 52408-8026
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518496399      BERGEN COUNTY CLERK
518496404      Barron Emergency Physicians
518496405      Bergen County Special Civil Court
518496406      Hackensack Umc at Pascack Vall
518496407      Hook Impatient Services LLC
518496409      Internal Revenue Service
518496410      Pediatric Surgical C are LLC
518496408      Premier Medical Alliance SF2
518496412      State of New Jersey
518496413      The Valley Hospital
                                                                                   TOTALS: 10, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2            Date Rcvd: Jan 24, 2020
                               Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2020 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Paul Anthony Figueroa, III    on behalf of Debtor Christine  Fragala figueroa@focusedlaw.com,
           andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com
          Robert Davidow    on behalf of Creditor    HOME POINT FINANCIAL nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    HOME POINT FINANCIAL nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Veer P Patel    on behalf of Debtor Christine  Fragala bk@focusedlaw.com,
           andres@focusedlaw.com;g35648@notify.cincompass.com;bk@focusedlaw.com;soltis@focusedlaw.com;figuer
           oa@focusedlaw.com
                                                                                              TOTAL: 8
```